UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SL FH PRODUCE, LLC, | ) | |
|                 Plaintiff, | ) | |
| | ) | No. 1:19-cv-1023 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| SANCHEZ FRESH FOODS, INC. | ) | |
| and ANDREW SANCHEZ, | ) | |
|                 Defendants. | ) | |
| | ) | |

## JUDGMENT

Having granted Plaintiff's motion for default judgment, the Court awards Plaintiff SL FH Produce $46,026.50 in damages for the breach of contract claim brought against Defendants. All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

      **THIS ACTION IS TERMINATED.**

      **IT IS SO ORDERED.**

Date: May 29, 2020                                            /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge